FILED BY_____D.C.

## UNITED STATES DISTRICT COURT

05 JUN -8 AM 9: 28

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Robert R. Di Trolio
Clerk of Court

Memphis, U.S. DIST. CT.  901-495-1200
Fax              901-495-1250
Jackson          901-427-6586
Fax              901-427-9210

DATE:        June 8, 2005


NOTICE TO ALL PARTIES


RE:        CRIMINAL CASE NO.   2:97cr20061-Ml/A
           UNITED STATES OF AMERICA vs. Billy T. Severance

    _____   RULE 20 (Consent to Transfer of Case for Plea and
            Sentence)

    XX   RULE 40 TRANSFER


Documents, arrest warrant executed, affidavit re: out-of-district warrant,
minutes of report commencing criminal action,  Initial appearance hearing
minutes, Commitment and warrant of removal, Financial affidavit (sealed),
Order of detention, Waiver of rights, Government's notice of request for
detention, as to the above-named defendant, have been received from the
United States District Court, Central District of California, Western
Division. Please refer to document #20 in the case record.



                        Sincerely,

                        ROBERT R. Di TROLIO,
                        Clerk of Court


                        BY:_____
                           Deputy Clerk



cc: Mag. S. Thomas Anderson
    Casemanager



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in
case 2:97-CR-20061 was distributed by fax, mail, or direct printing on
June 8, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT