IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



05 JUN 20 PM 2:53

[ILLEGIBLE] DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| BILLY T. SEVERENCE | No. 97cr20061-Ml |

### ORDER CONTINUING ARRAIGNMENT AND SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant, by and through his appointed counsel Clifton T. Harviel has this day notified the Court that the defendant, upon oral order of the court, is to be transferred to a suitable hospital or facility selected by the Court of pretrial examination pursuant to 18 U.S.C. § 4241 to determine defendant's mental competency to stand trial, and had asked the Court to set the matter for a competency hearing. The arraignment shall be continued while defendant's competency is pending and that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(A) the time period of __6/17/05__ through __9/14/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

This __20__ day of __June__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-21-05__





# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:97-CR-20061 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Harviel T Clifton
Harviel Law Office
50 North Front Street
Suite 850
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT