FILED BY **M** D.C.

05 JUN 20 PM 2:53

DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              No. 97-CR-20061-M1

BILLY T. SEVERENCE,

    Defendant.

## ORDER

    This matter came before the Court upon the oral motion of counsel of record for defendant. Based upon both the statements of counsel upon the record, and the observations of the Court of Mr. Billy T. Severence at both his initial appearance and today's appearance, the Court finds that there is reasonable cause to believe that Mr. Severence may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    Therefore, pursuant to 18 U.S.C. § 4241(b), a psychiatric or psychological examination of Mr. Billy T. Severence is hereby ordered and a psychiatric or psychological report shall be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c). This order does not include an examination pursuant to 18 U.S.C. § 4242 at this time.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-21-05



IT IS SO ORDERED.

_____
TU M. PHAM
U.S. MAGISTRATE JUDGE

DATE: June 20, 2005

APPROVED FOR ENTRY:

_____
T. CLIFTON HARVIEL (#5589)
Attorney for Defendant
Suite 850, 50 N. Front Street
Memphis, Tennessee 38103
(901) 543-9799

DATE: 6-17-05

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:97-CR-20061 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Harviel T Clifton
Harviel Law Office
50 North Front Street
Suite 850
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT