IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 14 PM 4:57

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 97-20061-Ml |
| | ) | |
| BILLY T. SEVERENCE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER CONTINUING ARRAIGNMENT AND
SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

The defendant, by and through his appointed counsel Clifton T. Harviel, has this day notified the court that the defendant is currently undergoing a mental evaluation pursuant to 18 U.S.C. § 4241 to determine defendant's mental competency to stand trial. Counsel asked for a two-month continuance of the arraignment, and the government does not object. The Court finds that the arraignment should be continued while defendant's competency is pending and that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The arraignment is therefore continued and reset to Wednesday, November 16, 2005, in Courtroom 5, 3rd Floor Federal Building, 167 North Main Street, Memphis, Tennessee. The time period from

September 14, 2005, through November 15, 2005, is excluded from the time limits imposed by the Speedy Trial Act for trial of this case under 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this ___14th___ day of September, 2005

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:97-CR-20061 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Harviel T Clifton
Harviel Law Office
50 North Front Street
Suite 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT