FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 10 AM 11:21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civ. No. 97-20061-M1/P |
| BILLY SEVERANCE, | ) | |
| Defendant. | ) | |

---

**ORDER EXTENDING TIME TO COMPLETE MENTAL EVALUATION**

---

On June 20, 2005, the court entered an order granting defendant's motion for a mental evaluation pursuant to 18 U.S.C. S 4241(b). By letter dated October 25, 2005, the Metropolitan Detention Center informed the court that due to unforseen circumstances and a high volume of cases, the completion of the report has been delayed. The Center anticipates that the report will be completed by November 30, 2005, and requests an extension of time to complete said evaluation pursuant to this court's June 20 order. Counsel for the defendant and for the government are aware of this request and have informed the court that they have no objection to the extension. For good cause shown, and neither party objecting thereto, the request is granted. The Center shall

This document entered on the docket sheet in compliance
with Rule 55 an 1/or 32(b) FRCrP on  11-10-05



have up to an including November 30, 2005, to complete the evaluation of Billy Severance.

Time is excluded under the Speedy Trial Act, 18 U.S.C. S 43161(h)(1)(A).

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

November 10, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:97-CR-20061 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Harviel T Clifton
Harviel Law Office
50 North Front Street
Suite 850
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT