IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 16 AM 10: 52

THOMAS H. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.                                    Cr. No. 97-20061-Ml

BILLY T. SEVERENCE

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Counsel for the defendant has this day notified the Court that the defendant is undergoing a

mental evaluation to determine his competency to stand trial.   Pursuant to the Speedy Trial Act, as

set out in 18 U.S.C. § 3161(h)(1)(A), a defendant may be granted a period of excludable delay while

undergoing a mental evaluation.

IT IS THEREFORE ORDERED that the time period of NOVEMBER 16, 2005  through

DECEMBER 15, 2005,  be excluded from the time limits imposed by the Speedy Trial Act for trial

of this case, while the defendant is undergoing a mental evaluation.

**The arraignment is RESET for Wednesday, 12/15/05 at 10:00 a.m. before Magistrate**

**S. THOMAS ANDERSON.**

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

DATE:   _November 16, 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  _11-16-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:97-CR-20061 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Harviel T Clifton
Harviel Law Office
50 North Front Street
Suite 850
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT